IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMIE PHILLIPS,

        Plaintiffs,

vs.                                                Civ. No. 07-807 BB/RHS

LARRY FRANCO, an Employee of the
New Mexico Corrections Dept. Probation
and Parole Division, Individually,

STEVE FARMER, an Employee of the
New Mexico Corrections Dept., Probation
and Parole Division, Individually,

DAVID GRIEGO, an Officer Employed
by the Farmington Police Dept., a Subsidiary
of the City of Farmington, Individually,

KENT O'DONNELL, an Officer Employed
by the Farmington Police Dept., a Subsidiary
of the City of Farmington, Individually, and

THE CITY OF FARMINGTON, a Municipality
Organized under the Laws of the State of
New Mexico,

        Defendants.

## ORDER

THIS MATTER having come before the Court on Findings of Fact and Recommended Disposition (docket no. 67) as to Defendants' Joint Motion to Dismiss and/or for Sanctions for Failure to Make Discovery (docket no. 55), and no objections having been filed;

**IT IS HEREBY ORDERED** that the Findings of Fact and Recommended Disposition (docket no. 67) as to Defendants' Joint Motion to Dismiss and/or for Sanctions for Failure to

Make Discovery (docket no. 55) of the United States Magistrate Judge are adopted by the Court.

_____
UNITED STATES DISTRICT JUDGE